**William G. LACKEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41697.**

Missouri Court of Appeals, Western District.

Dec. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

Application to Transfer Denied March 13, 1990.

Dennis James C. Owens, Kansas City, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

### ORDER

PER CURIAM.

Movant appeals from denial, after evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).